

★ ★ ★ ★ ★ ★

**MEMORANDUM OPINION**

No. 04-08-00876-CV

**IN RE B&T DISTRIBUTORS, INC.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
               Phylis J. Speedlin, Justice
               Steven C. Hilbig, Justice

Delivered and Filed:  January 7, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On December 3, 2008, B & T Distributors, Inc. filed a petition for a writ of mandamus, complaining of the trial court's orders denying its motion to dismiss and granting a temporary injunction. We deny the petition. *See Evans v. Pringle*, 643 S.W.2d 116, 117 -118 (Tex. 1982); *Carey v. Looney*, 113 Tex. 93, 251 S.W. 1040, 1041 (1923); *Zuniga v. Wooster Ladder Co.*,119 S.W.3d 856, 861 (Tex. App.–San Antonio 2003, no pet.) *Williams v. Murray*, 783 S.W.2d 233, 235 (Tex. App.–Corpus Christi 1989, no writ).

The clerk of this court is directed to transmit a copy of this opinion to the attorneys of record, the trial court judge, and the trial court clerk.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 08-489-CCL, styled *Lorina Weaver White v. Constable Don White and B & T Distributors, Inc.*, pending in the County Court at Law, Kendall County, Texas, the Honorable William Palmer presiding.